UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**LG Electronics U.S.A., Inc.,**<br><br>　　　　　　Defendant. | **Case No. 6:23-cv-00326-ADA**<br><br>**Jury Trial Demanded** |

## NOTICE OF AGREED EXTENSION OF TIME FOR DEFENDANT LG ELECTRONICS U.S.A., INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Cedar Lane Technologies Inc. ("Plaintiff") files this Notice of Agreed Extension of Time for LG Electronics U.S.A., Inc. ("Defendant") to Answer, Move or Otherwise Respond to the Complaint pursuant to the Court's March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines.

In accordance with that order, Plaintiff provides notice that the parties have agreed to extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint by 45 days, making the new deadline July 17, 2023. This extension does not currently and is not expected to change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: May 24, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Isaac Rabicoff*
　　　　　　　　　　　　　　　　　　　　　　Isaac Rabicoff
　　　　　　　　　　　　　　　　　　　　　　Rabicoff Law LLC
　　　　　　　　　　　　　　　　　　　　　　600 Mamaroneck Ave STE 400
　　　　　　　　　　　　　　　　　　　　　　Harrison, NY 10528
　　　　　　　　　　　　　　　　　　　　　　773-669-4590
　　　　　　　　　　　　　　　　　　　　　　isaac@rabilaw.com

1

**Counsel for Plaintiff**
**Patent Armory Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

>                    */s/ Isaac Rabicoff*
>                    Isaac Rabicoff