**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PATENT ARMORY INC., <br>  　　　Plaintiff, <br> v. <br><br> LG Electronics U.S.A., Inc., <br> 　　　Defendant. | Case No. 6:23-cv-00326-ADA |

**NOTICE OF AGREED EXTENSION OF DEADLINE**

LG Electronics U.S.A., Inc., ("Defendant") hereby notifies the Court that the Parties have agreed to extend the deadline for Defendant to Answer, Move or otherwise Respond to Plaintiff's Complaint up to and through August 31, 2023.

Dated: July 10, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　　melissa@gillamsmithlaw.com
　　　　　　　　　　　　　　　　　　　　　GILLAM AND SMITH, LLP
　　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　　(903)934-8450
　　　　　　　　　　　　　　　　　　　　　Fax: (903)934-9257

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　*LG Electronics U.S.A., Inc.,*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 10th day of July, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
Melissa R. Smith