IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC.<br><br>        Plaintiff,<br><br>v.<br><br><br>LG ELECTRONICS U.S.A., INC.,<br><br>        Defendant. | Case No. 6:23-cv-00326-ADA |

## NOTICE OF AGREED EXTENSION OF DEADLINE

LG Electronics U.S.A., Inc. ("Defendant") hereby notifies the Court that the Parties have agreed to extend the deadline for Defendant to Answer, Move or otherwise Respond to Plaintiff's Complaint up to and through October 15, 2023.

Dated: August 28, 2023                              Respectfully submitted,


                                            */s/ Melissa R. Smith*
                                            Melissa R. Smith
                                            Texas Bar No. 24001351
                                            melissa@gillamsmithlaw.com
                                            GILLAM AND SMITH, LLP
                                            303 South Washington Avenue
                                            Marshall, TX 75670
                                            (903)934-8450
                                            Fax: (903)934-9257

                                            ***Attorney for Defendant***
                                            ***LG Electronics U.S.A., Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 28th day of August, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
Melissa R. Smith