United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Smith, Melissa Richards |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, August 28, 2023 |
| Re: | 06:23-CV-00326-ADA / Doc # 13 / Filed On: 08/28/2023 12:21 PM CST |

Pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Please refer to Judge Albright's 4/4/23 updated Order Governing Proceedings for Patent Cases, section 2. Extensions more than 45 days beyond the original due date must be requested via Motion. Please refile as a Motion/Order.