# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC. <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., <br><br> Defendant. | Case No. 6:23-cv-00326-ADA |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant LG Electronics U.S.A., Inc. ("Defendant") files this Unopposed Motion for an Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint, filed March 5, 2023 (ECF No. 1). The current deadline for Defendant to respond to the Complaint is August 31, 2023. Defendant is seeking an additional extension, up to and through October 15, 2023, to finalize discussions which would potentially dispose of the case without a need for an answer. The Parties have met, conferred, and agreed on the extension, making the new deadline October 15, 2023.

In view of the foregoing, Defendant respectfully requests that the Court grant this first unopposed motion and extend the deadline to move, answer or otherwise respond to the Complaint up to and through October 15, 2023.

Dated:  August 29, 2023                                   Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas  75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com


*Attorneys for Defendant,
LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 29, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff does not oppose to the relief sought by this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith