### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC.<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>    Defendant. | Case No. 6:23-cv-00326-ADA |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Before the Court is Defendant's Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Complaint. The Court, having considered the same, is of the opinion that the motion should be and is hereby **GRANTED**.

It is so ordered.