# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,**  Plaintiff,  v.  **LG Electronics U.S.A., Inc.,**  Defendant. | Case No. 6:23-cv-00326-ADA  Patent Case  Jury Trial Demanded |

### UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Patent Armory Inc. ("Plaintiff") hereby notifies the Court that the Parties have reached a settlement in principle that will resolve all pending claims between them. The Parties request thirty (30) days, up to and including October 27, 2023, to comply with their obligations under the agreement and submit dismissal papers. Accordingly, Plaintiff files this unopposed motion for a stay of all pending deadlines, up to and including October 27, 2023, so that the Parties may take the necessary steps to comply with the Parties' settlement agreement and submit dismissal papers. This stay is not sought for the purpose of delay but so that justice may be served.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order staying all of pending deadlines up to and until October 27, 2023.

Dated: September 27, 2023

Respectfully submitted,

*/s/Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
600 Mamaroneck Ave STE 400
Harrison, NY 10528 (773) 669-4590
isaac@rabilaw.com
**Counsel for Plaintiff**
**Patent Armory Inc.**

1

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendant on September 27, 2023, and counsel for Defendant agree as to relief sought in this motion.

/s/ *Isaac Rabicoff*
Isaac Rabicoff

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ *Isaac Rabicoff*
Isaac Rabicoff