IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,**  Plaintiff,  v.  **LG Electronics U.S.A., Inc.,**  Defendant. | Case No. 6:23-cv-00326-ADA  Patent Case  Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION STAY**

Before the Court is Plaintiff Patent Armory Inc.'s Unopposed Motion to Stay All Deadlines. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that all deadlines in the above-captioned case be **STAYED** up to and until October 27, 2023.

**SIGNED** this day____ of_____ 2023.

UNITED STATES DISTRICT COURT
Judge Alan D Albright

3